

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Andrew Wenzel**<br>*Assistant Corporation Counsel*<br>(212) 788-0437<br>(212) 788-9776 (fax)<br>awenzel@law.nyc.gov |

July 29, 2012

**BY ECF**
Honorable Brian Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   <u>Randy Belle v. Police Officer Shawn Nigro</u> 12 CV 2830(BMC)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants in the above referenced civil rights action. In that capacity, I write to inform the Court that the parties have reached an agreement in principle to settle this matter. Accordingly, I am forwarding the requisite documents to plaintiff's counsel for execution. As soon as the papers are fully executed, I will duly submit the Stipulation and Order of Settlement and Discontinuance for endorsement.

      I thank the Court for its time and attention to this matter

                                       Respectfully submitted,

                                       /S

                                       Andrew P. Wenzel
                                       Assistant Corporation Counsel
                                       Special Federal Litigation Division

cc:      Gabriel Harvis, Esq., attorney for plaintiffs (By ECF)